74,443.77 1/1

**The Geode Group LLC**
5324 Canyon Ridge Drive
Liberty Township, OH 45011
www.thegeodegroup.com

# Invoice

**Invoice #:** 101510OCR
**Invoice Date:** 10/15/2010
**Due Date:** 10/15/2010
**Project:**
**P.O. Number:**

Vendor # 47282

**Bill To:**
Omnicare, Inc.
Jeff Stamps
Senior Vice President
9482 Meridian Way
West Chester, OH 45069

| | | | |
|---|---|---|---|
| 326 | 326965 | 76690 | 16,290.04 |
| 531 | 531965 | 76690 | 8,700.00 |
| 660 | 660965 | 76690 | 8,700.00 |
| 3201 | 3201965 | 76690 | 8,700.00 |
| 150 | 150965 | 76690 | 10,665.77 |
| 348 | 348965 | 76690 | 8,700.00 |
| 12 | 12965 | 76690 | 8,700.00 |
| 453 | 453965 | 76690 | 3,987.96 |

| Date | Description | Amount |
|---|---|---|
| 10/15/2010 | Weekly Contract Rate for HPRS Growth and Retention Process fee for 7 regions (Great Lakes, Mid-Atlantic, Northeast, South Central, Southeast, NY and Southwest). | 60,900.00 |
| 10/11/2010 | Golden, CO-Front Line Service - Pharmacy tour video taping and editing with additional 5 copies | 1,500.00 |
| 10/11/2010 | Golden, CO-Front Line Service - Information Access Committee Meeting | 1,000.00 |
| 10/13/2010 | Indianapolis, IN-Billing Supervisor HPRS Process Training and DISC - Delivery | 7,500.00 |
| 10/13/2010 | Car rental and Fuel for HPRS & DISC Training-Tim Morrison | 90.04 |
| | Cheshire, CT - Front Line Service Training 10/4-10/10-Julie Morrison and Lori Priselac | |
| 10/9/2010 | Lodging for 6 nights in Cheshire, CT-Radisson Inn and Marriott | 1,223.74 |
| 10/9/2010 | Meals for 7 days when traveling on behalf of client-Julie Morrison, Lori Priselac | 240.32 |
| 10/9/2010 | Rental Car and fuel for travel -National Car Rental and Citgo | 329.41 |
| 10/9/2010 | Parking fees at Cincinnati airport (68.00) and reimbursement for mileage (101 miles @ .385=38.85)- J. Morrison | 106.85 |
| | Mileage reimbursement to and from airport (170 miles @.385=65.45)-L. Priselac | 65.45 |
| | Golden, CO Front Line Service Training 10/10-10/12-Julie Morrison, Lori Priselac, and Micah Simms | |
| 10/12/2010 | Lodging for 2 nights in Denver, CO Courtyard-Julie Morrison and Micah Simms | 602.36 |
| 10/12/2010 | Lodging for 2 nights in Golden, CO Marriott-Lori Priselac | 311.94 |
| 10/12/2010 | Meals for 3 days when traveling on behalf of client -Julie Morrison, Lori Priselac and Micah Simms | 212.10 |
| 10/12/2010 | Rental Car and fuel for travel for 3 days-Enterprise Car Rental and Circle K | 216.07 |
| 10/12/2010 | Parking fees at Cincinnati airport (39.00) and reimbursement for mileage (101 miles @ .385=38.85)- J. Morrison | 77.85 |
| 10/10/2010 | Baggage Fees-Delta and transportation to airport Enterprise-L. Priselac | 67.64 |

Federal Tax ID No. 33-1070877

Posted 10/19/10
By: jratay

Note: All invoices are due upon receipt. A late payment charge of one percent (1%) per month may be assessed all invoiced amounts (or any balance thereof).

**Total** $74,443.77
**Payments/Credits** $0.00
**Balance Due** $74,443.77

OK To Pay
_____ Signature
10-15-10 Date

All Items Received
_____ Signature
10-15-10 Date