MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 10/22/2013 |
| Judge: | James S. Gwin |
| Case No.: | 1:10cv00127 |
| Court Reporter: | G. Staiduhar |

THE UNITED STATES OF  )
AMERICA, ex rel. DONALD )
GALE,                  )
                       )
    Plaintiff,         )
                       )
vs.                    )
                       )
OMNICARE, INC.,        )
                       )
    Defendant.         )

MATTERS CONSIDERED: Settlement conference; Court's order to follow.

TOTAL TIME: 20 min.

                                                  *s/     Gwen Mackey*
                                                Courtroom Deputy Clerk